**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:

**JAMES OSMUND JR. HASKINS**

CHAPTER 13
CASE NO. **07-60241-WA1-13**

Debtor

### O R D E R

Came Herbert L. Beskin, Standing Chapter 13 Trustee, to be heard on his Objection to Claim Number 6 filed by Sperry Marine Federal Credit Union, PO Box 6043, Charlottesville, VA 22906, (A/C 101096700 ); accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**, that the Claim Number 6 of Sperry Marine Federal Credit Union is disallowed.

Copies of this Order shall be directed either by ECF or by U.S. mail to the Trustee who shall mail copies, pursuant to Local Rule 9072-1, to the Debtor(s), Counsel for the Debtor(s), and Sperry Marine Federal Credit Union, as their names and addresses appear in the file.

DATED: November 21, 2007

William E. Anderson
U. S. Bankruptcy Judge

I ask for this:

 /S/  Herbert L. Beskin
Herbert L. Beskin, Trustee /S/
401 East Market Street, Suite 202
PO Box 2103
Charlottesville, Virginia 22902
(434) 817-9913